IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE:
TORIE CALLOWAY,                                         CHAPTER 13
LYNDA ALLEN CALLOWAY,                  CASE NO: 07-30051-DHW-13
     Debtors,

MOTION OF MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ("MERS"),
ACTING SOLELY AS NOMINEE,
     Movant.

## AGREED ORDER CONDITIONALLY DENYING MOTION

The Movant filed a motion for relief from stay against Debtor and Co-Debtor seeking relief from the stay which operates as a result of Debtors having filed a petition under the Bankruptcy Code. The Movant seeks an order authorizing Movant to foreclose its mortgage according to the powers set out in the mortgage.

TORIE J. CALLOWAY executed a note and mortgage to Mortgage Electronic Registration Systems, Inc., ("MERS"), acting solely as Nominee for Lender and Lender's Successors and Assigns dated February 27, 2003, on the following property located in Montgomery County, Alabama, viz:

> Lot 12, Block C, according to the Map of Gardendale Estates, Plat No. 5, as said map is recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 18, at page 25. (Said property is more commonly known as 4045 Chelsea Drive, Montgomery, Alabama 36110);

which mortgage is recorded in Real Property Book 2591, page 0200, of the records in the Office of the Judge of Probate of Montgomery County, Alabama. The promissory note and beneficial interest in said mortgage having been transferred to Bank of New York, as Trustee for the Certificateholders of CWMBS 2004-R2. The mortgage is in default.

This matter came on for a hearing on the motion for relief. Proper notice of the hearing was given. Upon consent of the parties hereto, it is ORDERED that the relief prayed for by Movant is CONDITIONALLY DENIED. The condition is the Debtors are to pay the following arrearage:

> 6/1/07 through 8/1/07 payments (3 @ $665.09):  $1,995.27
> Attorney's fee - motion for relief:                    550.00
> Filing fee - motion for relief:                         150.00
> Less suspense credit balance due:              ( -216.65)
> Total:                                              $2,478.62

The arrears in the amount of $2,478.62 shall be added to the Debtor's Chapter 13 Plan by a proof of claim. Debtor's payments to the Trustee shall be set at $172.00 BI-WEEKLY. Trustee payments

remitted on behalf of Debtors to Movant/Creditor shall be $52.00. Debtors regular monthly payments shall recommence direct to Movant with the September 1, 2007 post petition payment.

The terms of this ORDER for repayment of the arrearage shall apply only so long as the Chapter 13 remains pending.

It is ORDERED if the monthly post-petition payments, come into default and, upon a written twenty (20) day notice of default to Debtors, and Debtor's attorney, the Debtors fail to cure the arrears, then the automatic stay as to Debtor and Co-Debtor shall be terminated effective upon Movant filing a notice of lift of stay with the Court, which notice shall serve to reduce Movant's claim(s) to the amount paid. Movant is then authorized to immediately foreclose its mortgage without further order of this Court.

It is further ORDERED, in the event a written notice of default letter is issued pursuant to Debtors default pursuant to this Order, Movant may recover reasonable attorneys fees and costs for preparing the notice. Waiver of default shall not constitute waiver of any subsequent default.

Bankruptcy Rule 4001(a)(3), as amended, in not applicable and Movant may immediately enforce and implement this ORDER granting relief from Debtor and Co-Debtor stay.

Dated: august 27, 2007.

/s/ Dwight H. Williams, Jr.
DWIGHT H. WILLIAMS, JR.
U.S. BANKRUPTCY JUDGE

This order was consented to by:
Amy K. Tanner, Debtor's Attorney
(256) 539-9899

This instrument was prepared by:
William S. McFadden, Movant's Attorney
(251) 342-9172

cc:	Debtor
	Co-Debtor
	Debtor's Attorney
	Movant's Attorney
	Trustee